UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JUAN VIANEZ,

        Plaintiff,

  vs.

RYMER IKUTA, et. al.,

        Defendants.
                                /

No. C 13-1241 PJH (PR)

**ORDER OF DISMISSAL**

Plaintiff, a prisoner, has filed a civil rights action. However, mail that the clerk sent to plaintiff at his last known address has been returned by the postoffice as undeliverable. Plaintiff has not provided a current mailing address.

More than sixty days have passed since the mail was returned. This case is **DISMISSED** without prejudice. *See* Local R. 3-11(b).

**IT IS SO ORDERED.**

Dated: June 17, 2013.

                                              PHYLLIS J. HAMILTON
                                              United States District Judge

G:\PRO-SE\PJH\CR.13\Vianez1241.dsm-mail.wpd