UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

JUAN VIANEZ,

          Plaintiff,                    No. C 13-1241 PJH (PR)

  vs.                                  **ORDER**

RYMER IKUTA, et. al.,

          Defendants.

                             /

      Plaintiff, a prisoner had filed a pro se civil rights complaint under 42 U.S.C. § 1983. The complaint was dismissed with leave to amend as it was not clear the relief plaintiff sought other than he was housed in Florence, CO and was having difficult accessing the court.  Plaintiff was advised to file an amended complaint to provide more information about his claims and why this case should not be transferred to Colorado.  The case was later dismissed without prejudice as mail sent to plaintiff was returned as undeliverable. However, plaintiff has recently sent several letters to the court seeking miscellaneous relief, though he has still not filed an amended complaint addressing the issues noted by the court in its initial review.  If plaintiff wishes to continue with this case he must file a motion reopen the case and an amended complaint addressing the deficiencies identified by the court.

**CONCLUSION**

     1.  If plaintiff wishes to continue with this case he must file a motion reopen the case and an amended complaint addressing the deficiencies identified by the court.

     2.  The Clerk of the Court shall send a plaintiff another copy of the initial review (Docket No. 5).

**IT IS SO ORDERED.**

Dated: July 31, 2013.

PHYLLIS J. HAMILTON
United States District Judge

G:\PRO-SE\PJH\CR.13\Vianez1241.ord.wpd